UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00364-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALDEN YELLOWEAGLE,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Thursday, October 9, 2008,** and responses to these motions shall be filed by **Monday, October 20, 2008.** It is

    FURTHER ORDERED that counsel will request a hearing on pending motions and/or final trial preparation conference, if necessary.

    FURTHER ORDERED that a 2-day jury trial is set to commenced **Monday, November 10, 2008, at 9:00 a.m. in courtroom A-1002.**

    Dated: September 22, 2008

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge