UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00364-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALDEN YELLOWEAGLE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing shall take place on **Thursday, January 28, 2010 at 10:30 a.m.**

    December 30, 2009