UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00364-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALDEN YELLOWEAGLE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set for **Monday, August 23, 2010, at 4:00 p.m.** in Courtroom A1002.

    Dated: August 10, 2010.