UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00364-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALDEN YELLOWEAGLE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict in the Court's calendar, the Supervised Release Violation Hearing set for Monday, August 23, 2010, at 4:00 p.m. is **RESET** to **Wednesday, August 25, 2010, at 3:30 p.m., in Courtroom A1002.**

    Dated: August 19, 2010.